# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CHARLES YODER,   Civil File No. 10-CV-2101

    Plaintiff,

vs.   **STIPULATION OF DISMISSAL WITH PREJUDICE**

TRINITY HOPE ASSOCIATES, LLC,

    Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Charles Yoder, and the defendant, Trinity Hope Associates, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

    Respectfully submitted,

Dated: June 2, 2010   By  /s/J. Mark Meinhardt
J. Mark Meinhardt
4707 College Boulevard, Suite 100
Leawood, KS  66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated: June 2, 2010   By  /s/ Michelle A. Fox
Michelle A. Fox, #17242
Daniel S. Rabin, #13253
Berman & Rabin, P.A.
15280 Metcalf Ave.
Overland Park, KS 66223
(913) 649-1555
(913) 652-9474 (fax)
ATTORNEY FOR DEFENDANT